# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A CELLULAR TELEPHONE SEIZED FROM DEFENDANT 1 AND CURRENTLY LOCATED AT STRAFFORD COUNTY JAIL | )<br>)<br>)  Case No. 1:24-mj-196-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

see Attachment A, incorporated herein by reference

located in the _____ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:

see Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1543, 1028A(a)(1) and 1028A(b), 1344, 2, 371, and 1349. | False use of a passport; aggravated identity theft; bank fraud; aiding and abetting one or more of those offenses; conspiracy to commit one or more of those offenses. |

The application is based on these facts:
See Affidavit in Support of an Application Under Rule 41 For a Warrant to Search and Seize, which is incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Sean Sullivan
*Applicant's signature*

Sean Sullivan, Special Agent, DSS, U.S. Dept. of State
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic means *(specify reliable electronic means)*.

Date: **Aug 9, 2024**

*Judge's signature*

City and state: Concord, New Hampshire        Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*